1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

| JAGJIT SINGH, | CASE NO. C21-0960JLR-TLF |
| Plaintiff, | ORDER |
| v. | |
| JEFFREY UTTECHT, | |
| Defendant. | |

15      Before the court is the Report and Recommendation of Magistrate Judge Theresa

16   L. Fricke.  (R&R (Dkt. # 3).)  Magistrate Judge Fricke recommended that the court deny

17   Plaintiff Jagjit Singh's motion to proceed *in forma pauperis* ("IFP") because he appeared

18   to have sufficient income with which to pay the $5.00 filing fee in this case.  (R&R at

19   1-2; *see* IFP App. (Dkt. # 1).).  Mr. Singh did not object to the Report and

20   Recommendation; instead, he paid the filing fee on October 4, 2021.  (*See* 10/4/21

21   Docket Entry.)  Accordingly, the court ADOPTS IN PART Magistrate Judge Fricke's

22

ORDER - 1

1   Report and Recommendation (Dkt. # 3) and DENIES Mr. Singh's application to proceed

2   IFP (Dkt. # 1) as moot.

3        Dated this 4th day of October, 2021.

4

5

6        JAMES L. ROBART
         United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2